MILLER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by Emily J. Miller, as administratrix, against the City of New York. H. Crone, of New York City, for appellant. M. S. Lynch, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and CLARKE, J., dissent.

MILLER v. GREENWICH SAVINGS BANK et al. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Josephine W. Miller against the Greenwich Savings Bank and John R. McNespic, as administrator, etc. No opinion. Order affirmed, with $10 costs and disbursements.

MILLER v. SEAMEN'S BANK FOR SAVINGS et al. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Josephine W. Miller against the Seamen's Bank for Savings. John R. McNespic, as administrator, etc., for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

MINGAY v. PLACE et al. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Annie C. Mingay against Walter A. Place, individually, etc., and others. J. J. Fitzgerald, for appellant. J. G. Roe, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

MININSOHN et al., Appellants, v. REGAL HOMES CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Application for a discharge of a mechanic's lien, etc., by Leo Mininsohn and another against the Regal Homes Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 139 N. Y. Supp. 1134.

In re MOHAWK OVERALL CO., et al. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) In the matter of the application of the Mohawk Overall Company and James F. Hooker to have vacated and set aside a subpœna issued in an action entitled "State of Vermont. In Chancery, Windham County. Hooker, Corser & Mitchell Co., Orator, v. James F. Hooker, W. H. Corser, and C. D. Whitaker, Defendants," directing the appearance before a commissioner of James F. Hooker and others, individually and as officers of the Mohawk Overall Company, and production of books of the Mohawk Overall Company. No opinion. Order affirmed, with $10 costs and disbursements.

MORRISON, Appellant, v. CHAPMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by John Morrison against Elverton R. Chapman and others. C. E. Rushmore, of New York City, for appellant. J. M. Gifford, of New York City, for respondents. No opinion. Appeal dismissed, without costs. Order filed. See also, 130 App. Div. 900, 115 N. Y. Supp. 1133; 63 Misc. Rep. 195, 116 N. Y. Supp. 522.

MURPHY, Respondent, v. ANGUS SINCLAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Charles F. Murphy against the Angus Sinclair Company. No opinion. Order affirmed, with $10 costs and disbursements.

MURPHY, Appellant, v. JOHN HOFMAN CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) (No. 2) Action by William E. Murphy against the John Hofman Company. No opinion. Reargument ordered; the judges qualified to vote being evenly divided. See, also, 151 App. Div. 353, 135 N. Y. Supp. 416.

MURPHY, Appellant, v. PRESTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Daniel F. Murphy against Eugene S. Preston and another.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on the ground that under the proofs in this case the question of plaintiff's freedom from contributory negligence was one of fact for the jury.

BURR, J., dissents.

MURRAY, Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division Fourth Department. March 19, 1913.) Action by Fred O. Murray against Emma Murray. No opinion. Judgment affirmed, with costs.

MURRAY & HILL CO., Respondent, v. BOREAS REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by the Murray & Hill Company against the Boreas Realty Company and others. J. V. Mitchell, of New York City, for appellants. F. M. Avery, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 151 App. Div. 935, 135 N. Y. Supp. 1128.

NASON MFG. CO., Appellant, v. ADAMS, Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by the Nason Manufacturing Company against Lorenzo C. Adams. No opinion. Judgment affirmed, with costs.

NEALE et al., Respondents, v. BURNS, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action